FILED
2023 Jan-23  PM 04:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Denzel Hankins #322176
Full name and prison number
of plaintiffs(s)

v.

LT. Murray County
LT. Jenkins
Ms. Williams

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 2:22cv-407-LSC
(To be supplied by Clerk of
U.S. District Court)

Lsc Hri

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (   )  NO ( ✓ )
    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( ✓ )  NO (   )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:
            Plaintiff(s) Denzel Hankins _____

            _____

            Defendant(s) LT. Jenkins, LT. Murray,
            Ms. Williams _____
        2.  Court (if federal court, name the district? if
            state court, name the county) Northern District
            of Alabama _____

3.    Docket number 2:22 cv 407-LSC-HNJ

4.    Name of judge to whom case was assigned Herman N. Johnson JR.

5.    Disposition (for examples  Was the case dismissed?
      Was it appealed?  Is it still pending?) It was Dismissed
Due to couldnt correspond because the prison Short Stopping
my mail

6.    Approximate date of filing lawsuit 3/31/2021

7.    Approximate date of disposition May 24/2021

II.   PLACE OF PRESENT CONFINEMENT Jefferson county jail.

      PLACE OF INSTITUTION WHERE INCIDENT OCCURRED W.E. Donaldson
Correctional Facility.

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
      CONSTITUTIONAL RIGHTS.
                 NAME                        ADDRESS
1.    LT. Jenkins              100 Warrior Lane Bessemer AL

2.    LT. Murray               100 warrior Lane BessemerAL

3.    Ms. Williams      100 warrior Lane Bessemer AL 35023

4.    _____

5.    _____

6.    _____

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED Nov 29,2021
1:30 A.m.

V.    STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR-ALLEGATION
      THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:
      GROUND ONE: 8th Amendment Excessive force and cruel
unusual punishment

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

_____

_____

_____

_____

_____

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

_____

_____

_____

Signature of plaintiff(s)

      I declare under penalty of perjury that the foregoing is true
and correct.

      EXECUTED on January 11, 2023 .
                     (Date)

Signature of plaintiff(s)

4

January 14, 2023

Jenzel Hankins

Vs

LT. Jenkins

FILED

2023 JAN 23  P 12: 06

U.S. DISTRICT COURT
N.D. OF ALABAMA

Statements 1

ON November 29, 2021 at 1:30 A.m. ors. Around 12:45 A.m.
It was in C-Dorm on Nov-27 when I got into with ▮ Some
Guys They surrounded me with Knifes so my Homeboy
Shamburger came in got me out of C-Dorm in took me to
the Shift office to see LT. Jenkins I Told him what had
happen to me so he placed me B-9 Then Turned around
▮ put me in A-8 Then all my Homeboys came in got me
Toley Told LT. Jenkins he cant be placed over here they
gone Try to Kill him. So They moved me back to Y-Block
Sunday night ▮▮▮▮▮ Til the next morning.
I was Sleep in my God Brother Cell Quindarrios scott
Located in Y-2 Cell Later on that night LT. Jenkins Woke
me up Kicking me with handcuffs on me, So then he
Carried me out of Y-Block Hallway, He started spraying me
6 or 9 times Repeatly and constantly punching me in my
Face. I couldnt Breath at all or couldnt see nothing
at all my vision is still Blurry an my Body Still ache,
So After he sprayed me He sat me in the East Gym
He Didnt take me to the infirmary til 30 min hater
After he sprayed. So when I get to the infirmary he threw
me in the Shower with all my clothes on And Ms. williams
help him Do everything, LT. Murray to. After that he threw me
i the East Gym with wet clothes on covered in mase. A couple of
mates stated the saw it And Smelled It as well, So As of Now I Fear
y life It im placed around any of these opponents my life will b in
nger. I would like to Pursue against them all ..