# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DENZEL HANKINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-00407-LSC-HNJ |
| MURRAY, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

The Magistrate Judge entered a report on July 29, 2024, recommending that the court treat Lester Murray, Ebone Williams, and Andrea Star's special report as a motion for summary judgment and also that the court grant the motion. (Doc. 47). Although the court advised the parties of their right to file specific written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, it is **ORDERED** that Lester Murray, Ebone Williams, and Andrea Star's motion for summary judgment is **GRANTED** and the claims against them **DISMISSED WITH PREJUDICE**. This matter is **REFERRED** to the Magistrate Judge for further proceedings.

2

**DONE** and **ORDERED** on August 26, 2024.

                                              _____
                                                          L. Scott Coogler
                                                    United States District Judge

160704